THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK MUNICIPAL RAILWAY CORPORATION, Appellant, *v.* LAWSON PURDY et al., Constituting the BOARD OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK, Respondents.

*People ex rel. N. Y. Municipal Ry. Corpn. v. Purdy,* 175 App. Div. 895, affirmed.

(Argued February 28, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 27, 1916, which affirmed an order of Special Term quashing a writ of certiorari to review an assessment against relator for purposes of taxation for the year 1914. The relator, in its petition, claims that on October 1, 1913 (the taxable status date for 1914 taxes), the assessed property was held by it for and in behalf of the city of New York solely for the purpose of public use, and that the same was, therefore, exempt from taxation for the year 1914. The relator also claims, in its petition, that the assessment is illegal because the property was assessed as improved, whereas the buildings had been removed prior to October 1, 1913. The defendants moved to quash the writ of certiorari, upon the ground that the petition herein does not allege facts sufficient to show that the assessment is illegal or that the property was exempt from taxation for the year 1914.

*Harold L. Warner* and *George D. Yeomans* for appellant.

*Lamar Hardy, Corporation Counsel* (*William H. King* and *Addison B. Scoville* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.